3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION



NOV 1 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EX PARTE | * | |
| | * | CIVIL ACTION NO. B-01-040 |
| TOMAS SANCHEZ-HERNANDEZ | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### CHAMBERS STATUS CONFERENCE

**Thursday, November 28, 2001, @ 1:30 P.M.**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   UNITED STATES DISTRICT COURT
         600 E. Harrison, 2nd Floor
         Brownsville, Texas 78520

**BY ORDER OF THE COURT**

November 13, 2001

cc:   Counsel of Record