4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
F I L E D

NOV 2 7 2001

Michael N. Milby, Clerk of Court
by Deputy Clerk

THOMAS SANCHEZ-HERNANDEZ          *
                                  *
                                  *  C.A. NO. B-01-040
                                  *
UNITED STATES IMMIGRATION         *
AND NATURALIZATION SERVICE

## ORDER RESETTING HEARING

Petitioner's Unopposed Oral Motion for a Continuance of

the Chambers Conference is hereby GRANTED.   The conference, in

above-captioned and numbered cause of action, is hereby reset

from November 28, 2001, to December 14, 2001, at 2:00 p.m.

DONE at Brownsville, Texas, this 26th day of November

2001.

_____
                    Felix Recio
          United States Magistrate Judge