*5*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 9 2001

Michael N. Milby
Clerk of Court

|  |  |  |
|---|---|---|
| EX PARTE | ) | |
| | ) | Civil Action No. B-01-040 |
| TOMAS SANCHEZ-HERNANDEZ | ) | |
| _____ | ) | |

**RESPONDENTS' UNOPPOSED MOTION TO
REMAND TO THE BOARD OF IMMIGRATION APPEALS**

COME NOW, the Respondents, by and through Gregory A. Serres, United States

Attorney for the Southern District of Texas, and file this unopposed motion to remand this

case to the Board of Immigration Appeals ("Board") for reconsideration of the Petitioner's

appeal of the immigration judge's ("IJ") finding that the Petitioner is removable from the

United States based on a felony conviction for driving while intoxicated.

During the pendency of this case, the Fifth Circuit Court of Appeals ("Fifth

Circuit") found that a felony conviction for driving while intoxicated is not a crime of

violence as that term is defined. *See, US v. Chapa-Garza*, 243 F.3d 921 (5th Cir. 2001).

That decision directly affects this case.  Therefore, the Petitioner's case should be

remanded to the Board to consider his removability in light of the finding by the Fifth

Circuit.

The undersigned has consulted with Philip T. Cowen, attorney for the Petitioner,

who has expressed no opposition to this motion.

WHEREFORE, it is respectfully requested that this motion be granted and this

matter be remanded to the Board for consideration of the Petitioner's removability in light

of the Fifth Circuit's holding in *US v. Chapa-Garza.*

Respectfully submitted,

GREGORY A. SERRES
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
Attorney in Charge
Georgia Bar No. 590315
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051/Fax: (956) 389-7057

Date: November 29, 2001

2

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of it in the United States mail, first class postage prepaid, to:

> Philip T. Cowen, Esquire
> Law Office of Phillip Cowan
> 500 E. Levee St.
> Brownsville, TX 78520

on this the _29th_ day of November, 2001.

Lisa M. Putnam
Special Assistant U.S. Attorney
