IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| EX PARTE | ) | |
| --- | --- | --- |
| | ) | Civil Action No. B-01-040 |
| TOMAS SANCHEZ-HERNANDEZ | ) | |
| | ) | |

## ORDER

Upon consideration of the applicable law and the agreement between the Petitioner and the Respondents, the Court grants the unopposed motion to remand this matter to the Board of Immigration Appeals.

It is therefore ORDERED, ADJUDGED AND DECREED that this matter is remanded to the Board of Immigration Appeals for consideration of the Petitioner's removability in light of the holding of the Fifth Circuit Court of Appeals in *US v. Chapa-Garza*, 243 F.3d 921 (5th Cir. 2001).

It is further ORDERED, ADJUDGED AND DECREED that the petition for habeas corpus is dismissed as moot.

This is a final Order.

Done this ___3___ day of ___December___, 2001, in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE